ALEXANDER E. WOLF (SBN 299775)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
awolf@milberg.com
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: 872-365-7060

KRISTEN LAKE CARDOSO (SBN 338762)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
cardoso@kolawyers.com
1 W. Las Olas Blvd. Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY TIMMINS, individually and on behalf of all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT U.S.A., Inc., a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-01141-TLN-CSK<br><br>**STIPULATION AND ORDER FOR TRANSFER OF ACTION TO THE NORTHERN DISTRICT OF GEORGIA** |

Plaintiff Lacey Timmins ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant"), by and through counsel, respectfully submit this joint stipulation and proposed order to transfer this action to the United States District Court for the Northern District of Georgia under the below terms.

1. On June 13, 2024, Defendant filed a Motion to Change Venue ("Motion"), seeking to transfer this action to the Northern District of Georgia. Dkt. 18. Plaintiff timely filed her opposition to the Motion on July 11, 2024. Dkt. 28. Defendant timely filed its reply in support of the Motion on August 1, 2024. Dkt. 32. The Motion is fully briefed and pending before the Court.

2. The parties have since conferred and voluntarily resolved their dispute regarding transfer of this action.

3. Accordingly, subject to the Court's effecting the transfer, Defendant has agreed to withdraw the Motion, and the parties have agreed to transfer this action to the Northern District of Georgia, pursuant to the below terms.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, SUBJECT TO COURT APPROVAL, as follows:

- Defendant's Motion to Change Venue (Dkt. 18) is withdrawn as moot.
- This action, *Timmins v. The Home Depot U.S.A., Inc.* ("*Timmins*"), shall be transferred to the United States District Court for the Northern District of Georgia.
- Plaintiff agrees to join Defendant in seeking consolidation of *Timmins* with *Berger v. Home Depot U.S.A., Inc.*, No. 1:24-cv-01435-VMC (N.D. Ga.) ("*Berger*") and/or *Culbertson v. Home Depot USA, Inc.*, No. 1:24-cv-02666-VMC (N.D. Ga.) ("*Culbertson*") after transfer.
- Defendant stipulates that California's choice-of-law rules will apply in *Timmins* after transfer to N.D. Ga. to the same extent they would apply were this case to remain in the Eastern District of California. This includes any choice-of-law analysis relating to contractual Georgia venue and Georgia law provisions. *See* Dkt. 32 at 4, 6.
- The parties agree that the transfer of this case does not affect or resolve their arguments regarding the enforceability or application of Defendant's various terms and conditions and that those issues will remain subject to resolution after transfer to N.D. Ga.

- In the event the Georgia court approves and orders consolidation of *Timmins* with *Berger* and/or *Culbertson*, such consolidation will not affect the foregoing stipulations. That is, post transfer and consolidation, California's choice-of-law rules continue to apply to the California claims and California class asserted in *Timmins* to the same extent they would were this case to have remained in the Eastern District of California.

Dated: October 17, 2024

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

By: /s/ Alexander E. Wolf
    Alexander E. Wolf
ALEXANDER E. WOLF, SBN 299775
awolf@milberg.com
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: 872-365-7060

*Attorneys for Plaintiff*

Dated: October 17, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Matthew A. Macdonald (as authorized on 10/17/2024)
    Matthew A. Macdonald
MATTHEW A. MACDONALD, SBN 255269
matthew.macdonald@wsgr.com
MATTHEW K. DONOHUE, SBN 302144
mdonohue@wsgr.com
QUINCY RUSH, SBN 334353
qrush@wsgr.com
953 East 3rd Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (323) 210-7329

*Attorneys for Defendant*
*The Home Depot U.S.A., Inc*

# ORDER

**PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:**

- Defendant's Motion to Change Venue (Dkt. 18) is withdrawn as moot.
- The clerk is directed to transfer this action, *Timmins v. The Home Depot U.S.A., Inc.* ("*Timmins*"), to the United States District Court for the Northern District of Georgia.
- Plaintiff agrees to join Defendant in seeking consolidation of *Timmins* with *Berger v. Home Depot U.S.A., Inc.*, No. 1:24-cv-01435-VMC (N.D. Ga.) ("*Berger*") and/or *Culbertson v. Home Depot USA, Inc.*, No. 1:24-cv-02666-VMC (N.D. Ga.) ("*Culbertson*") after transfer.
- Defendant stipulates that California's choice-of-law rules will apply in *Timmins* after transfer to N.D. Ga. to the same extent they would apply were this case to remain in the Eastern District of California. This includes any choice-of-law analysis relating to contractual Georgia venue and Georgia law provisions. *See* Dkt. 32 at 4, 6.
- The parties agree that the transfer of this case does not affect or resolve their arguments regarding the enforceability or application of Defendant's various terms and conditions and that those issues will remain subject to resolution after transfer to N.D. Ga.
- In the event the Georgia court approves and orders consolidation of *Timmins* with *Berger* and/or *Culbertson*, such consolidation shall not affect the foregoing stipulations. That is, post transfer and consolidation, California's choice-of-law rules continue to apply to the California claims and California class asserted in *Timmins* to the same extent they would apply were this case to remain in the Eastern District of California.

IT IS SO ORDERED.

DATED: October 18, 2024

_____
Troy L. Nunley
Chief United States District Judge